# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 22 EM 2020

           Respondent         :

           v.         :

JABLAIR ALSBROOKS,         :

           Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.